**Order filed May 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00332-CR
_____

**AUSTIN TAYLOR PROFFITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1242691**

---

## ORDER

The clerk's record in this appeal was filed May 10, 2012.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **May 30, 2012**, containing the trial court's judgment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM